UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 24-1025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | Magistrate Case No. 09958158 (Class A) 09958159 (Class A) 09958160 (Class A) |
| v. | ] | |
| GUY CIANCI | ] | **COMPLAINT** |
| | ] | Offense on a Federal Reservation |

BEFORE the **Honorable Matthew J. Skahill**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **2nd day of October 2023**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**GUY CIANCI** did commit:

Two ~~Three~~ Counts of Possession of Firearms and Dangerous Weapons in Federal Facilities in violation of 18 USC 930. MB

The name of the Complainant is **Luke D. Wilson**.

[signature]

**LUKE D. WILSON, DAF, Civ**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED VIA TEAMS PURSUANT TO RULE 4.1, FEDERAL RULES OF CRIMINAL PROCEDURE ON FEBRUARY 8, 2024.**

[signature]

**HONORABLE MATTHEW J. SKAHILL**
**United States Magistrate Judge**

2/8/24 NK 3/5/24 NK 5/2/24

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 OCT, 20 23 while exercising my duties as a law enforcement officer in the FEDERAL District of NJ

BASED ON THE INVESTIGATION CONDUCTED BY SRA AVELLANDA, DEFENDANT WAS FOUND TO BE IN POSSESSION OF FIREARM, SERIAL #37591178, WHILE ATTEMPTING TO ACCESS THE INSTALLATION. DEFENDANT WAS CHARGED WITH 18 USC 930 WITH A COURT DATE OF 02 NOV 23.

The foregoing statement is based upon:

- ☐ my personal observation ☐ my personal investigation
- ☑ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/02/2023 [signature] #68147
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 10/17/2023 10:32

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 02 OCT, 2023 while exercising my duties as a law enforcement officer in the FEDERAL District of NJ

BASED ON THE INVESTIGATION CONDUCTED BY SrA AVELLANDA, DEFENDANT WAS FOUND TO BE IN POSSESSION OF FIREARM, SERIAL #66B451751, WHILE ATTEMPTING TO ACCESS THE INSTALLATION. DEFENDANT WAS CHARGED WITH 18 USC 930 WITH A COURT DATE OF 02 NOV 23.

CVB SCAN 10/17/2023 10:32

The foregoing statement is based upon:

- ☐ my personal observation
- ☐ my personal investigation
- ☑ Information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/02/2023 [signature] #68147
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident